UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA PEARCEY,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No.  1:14-CV-3158-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 19.  Attorney Cory J. Brandt represents Plaintiff; Special Assistant United States Attorney Alexis L. Toma represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 7.  After considering the file, and proposed order,

**IT IS ORDERED:**

1.	The parties' Stipulated Motion For Remand, **ECF No. 19**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall conduct a new hearing and issue a new decision.  The ALJ shall:  (1) give further consideration to the medical opinions of George Liu, M.D., in Exhibits 16F, 17F, 18F, and 25F, and of

Marcy Pellicer, M.D., in Exhibit 9F; (2) reassess Plaintiff's credibility pursuant to Social Security Ruling 96-4p and 96-7p; (3) reformulate Plaintiff's residual functional capacity in light of the reconsideration given to the medical opinions of Drs. Liu and Pellicer and the reassessment of Plaintiff's credibility; and (4) proceed with the sequential evaluation process, to include obtaining vocational expert testimony if necessary.

The ALJ will take any other actions necessary to develop the record, and the parties may submit additional evidence and arguments to the ALJ.

2. Judgment shall be entered for **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 16, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2